**UNION IRON WORKS CO., Appellant, v. STURGIS, Administrator of the Estate of Victor M. Sturgis, Deceased, Appellee, with ten other cases.**

(Court of Appeals of District of Columbia. Submitted January 7, 1924. Reargued April 5, 1926. Decided June 10, 1926.)

Nos. 4027–4031, 4036–4041.

J. C. Gibson and J. W. Hazell, both of Washington, D. C., for Ford and Union Iron Works.

Morris Simon, Lawrence Koenigsberger, and Eugene Young, all of Washington, D. C., for Urdong.

J. M. Kenyon, A. L. Minick, and J. J. Wilson, all of Washington, D. C., for Goff.

C. A. Douglas, J. W. Cox, C. H. Syme, and J. L. Fort, all of Washington, D. C., for Sturgis.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. The appeals above named have been considered in connection with that of John H. Ford, Appellant, v. Guy Sturgis, Administrator of the Estate of Victor M. Sturgis, Deceased (appeal No. 4026) 14 F.(2d) 253, and upon the authority of the decision in that case, which is handed down concurrently herewith, the orders of the lower court involved in these appeals are reversed, with costs, and the several causes are remanded for further proceedings not inconsistent with said decision.

---

**GEARE v. STURGIS.**

(Court of Appeals of District of Columbia. Submitted Dec. 4, 1923. Reargued April 5, 1926. Decided June 10, 1926.)

No. 4032.

Negligence ⊝⟿55.

Architect designing building, after its construction and acceptance by owner, is not liable to third persons injured by its collapse.

Appeal from the Supreme Court of the District of Columbia.

Action by Guy Sturgis, administrator of the estate of Victor M. Sturgis, deceased, against Reginald W. Geare and others. From an order overruling the named defendant's demurrer, he appeals. Order reversed, cause remanded.

D. T. Wright and Philip Ershler, both of Washington, D. C., for appellant.

C. A. Douglas, J. W. Cox, C. H. Syme, and J. L. Fort, all of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. We think that the issues involved in this appeal are essentially similar to those in John H. Ford, Appellant, v. Guy Sturgis, Administrator of the estate of Victor M. Sturgis, Deceased, Appellee (Appeal No. 4026) 14 F.(2d) 253; the decision in that appeal being handed down concurrently herewith. It is true that the appellant in that case was a contractor furnishing material and services in the construction of the building, whereas the present appellant was the architect of the building; but we think that fact is immaterial. Consistently with the decision in the former case, the order of the lower court challenged by this appeal is reversed, with costs, and the cause is remanded for further proceedings not inconsistent herewith.